IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

TWILA JOY BUTLER,                          )
                                           )
            Plaintiff,                     )    TC-MD 111115N
                                           )
      v.                                   )
                                           )
LANE COUNTY ASSESSOR,                      )
                                           )
            Defendant                      )
                                           )
      and                                  )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
            Defendant-Intervenor           )    **DECISION**

      Plaintiff filed her Complaint on October 3, 2011, challenging Defendant-Intervenor's

(department) Account Inactivation notice, dated September 26, 2011, denying Plaintiff's

application for recertification of property identified as Account 1803673 (subject property) in the

senior and disabled property tax deferral program because Plaintiff had not "owned and lived in

[her] home for five years." (Ptf's Compl at 3.)  A case management conference was held in this

matter on December 28, 2011, during which the parties discussed Plaintiff's appeal and agreed to

hold this matter pending the conclusion of the 2012 Oregon legislative session due to the

likelihood of further amendments to applicable statutes.  The 2012 Oregon legislative session

adjourned March 5, 2012.  This matter is now ready for decision.

A.     *Factual background*

      The facts in this case are brief and undisputed.  In a letter dated September 29, 2011,

Plaintiff stated that she purchased and has lived at the subject property for "nearly 4 years."

(Ptf's Compl at 2.)  During that time, Plaintiff's property taxes were deferred through the senior

and disabled property tax deferral program. (*See id.*; *see also* Def's Answer at 1.) In 2011, the Oregon legislature passed House Bill (HB) 2543 (2011), amending the requirements for participation in the senior and disabled property tax deferral program, including the addition of a requirement that "[t]he property has been the homestead of the individual * * * for at least five years preceding April 15 of the year in which the claim is filed * * *." (Def's Answer at 1.) Based on Plaintiff's statement "on the recertification form that, as of April 15, 2011, she had owned and lived in the [subject property] for only 3 ½ years[,]" the department "inactivat[ed]" Plaintiff's property tax deferral for the subject property for the 2011-12 tax year. (*Id.*)

B. *Analysis*

As stated by the department, HB 2543 (2011), created new requirements for participation in the senior and disabled property tax deferral program. Or Laws 2011, ch 723 §§ 1-32. ORS 311.670(1) (2011) states, in pertinent part, that "[p]roperty is not eligible for tax deferral under ORS 311.666 to 311.701 unless, at the time a claim is filed and during the period for which deferral is claimed: (a) [t]he property has been the homestead of the individual or individuals who file the claim for deferral for at least five years preceding April 15 of the year in which the claim is filed[.]" The 2011 amendments to ORS 311.670 by HB 2543 (2011) are effective for "property tax years beginning on or after July 1, 2011." Or Laws 2011, ch 723 § 24. Thus, ORS 311.670(1) (2011) is effective for the 2011-12 tax year.[1] In 2012, the Oregon legislature passed HB 4039 (2012),[2] again amending the senior and disabled property tax deferral program. HB 4039 (2012) did not amend ORS 311.670, which is at issue in this appeal.

///

---

[1] " 'Tax year' or 'fiscal year' means a period of 12 months beginning on July 1." ORS 308.007(1)(c).

[2] Governor Kitzhaber signed HB 4039 (2012) on March 5, 2012.

The subject property has not "been the homestead of [Plaintiff] * * * for at least five years preceding April 15 of the year in which the claim is filed[,]" 2011. Thus, Plaintiff does not meet the requirements for the property tax deferral under ORS 311.670 (2011) for the 2011-12 tax year and Plaintiff's appeal must be denied. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is denied.

Dated this ____ day of March 2012.

 

 

ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on March 14, 2012. The Court filed and entered this document on March 14, 2012.*